## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| PETER D'AMELIO | : No. 444 EAL 2014 |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Superior Court |
| | : |
| | : |
| ANDREW CAPPONI, C&H SERVICES, | : |
| DUE AMICI DEVELOPMENT, LLC, DUE | : |
| AMICI DEVELOPMENT ASSOCIATES | : |
| | : |
| | : |
| | : |
| PETITION OF: DUE AMICI | : |
| DEVELOPMENT LLC AND DUE AMICI | : |
| DEVELOPMENT ASSOCIATES | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.